UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:20CV264 HEA |
| ) | |
| WORLD WRECKING & SCRAP ) | |
| SALVAGE SERVICES, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## **OPINION, MEMORANDUM AND ORDER**

This matter is before the Court on its own motion. On May 17, 2021, the Court granted attorneys Timothy W. Callahan and John A. Kilo's Motion to Withdraw as Counsel for Defendant World Wrecking & Scrap Salvage Services, Inc. The Court granted Defendant World Wrecking & Scrap Salvage Services, Inc. 30 days from May 17, 2021 to obtain new counsel.

More than 30 days have passed since May 17, 2021 and no new counsel has entered for Defendant World Wrecking & Scrap Salvage Services, Inc., nor has Defendant World Wrecking & Scrap Salvage Services, Inc. made any activity in the case. Defendant World Wrecking & Scrap Salvage Services, Inc. will be granted 10 additional days to obtain new counsel. Failure to comply with this Order will result in sanctions against Defendant World Wrecking & Scrap Salvage Services, Inc.

Accordingly,

**IT IS ORDERED** that Defendant World Wrecking & Scrap Salvage Services, Inc. shall obtain new counsel within 10 days of the date of the Order. Failure to comply with the Court's Order will result in sanctions against Defendant World Wrecking & Scrap Salvage Services, Inc., including the possibility of judgment being entered against Defendant World Wrecking & Scrap Salvage Services, Inc.

Dated this 22nd th day of June, 2021.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE